

NUMBER 13-09-00391-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

KENDRA KYLIE MOTT,                                                        Appellant,

v.

THE STATE OF TEXAS,                                                        Appellee.

On appeal from the 252nd District Court
of Jefferson County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Yañez and Vela
Memorandum Opinion Per Curiam**

Appellant, Kendra Kylie Mott, by and through her attorney, has filed a motion to dismiss her appeal because she no longer desires to prosecute it. *See* Tex. R. App. P. 42.2(a). Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal.

Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).
Delivered and filed the
4th day of February, 2010.